IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEMIRE SCHMEGLAR and <br> MICHELE D'ELICO, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK N.A., a/k/a American Servicing Company, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., U.S. BANK, N.A., ADJUSTABLE RATE MORTGAGE TRUST 2005-5, ADJUSTABLE RATE MORTGAGE BACKED PASSTHROUGH SECURITIES CORP ADJUSTABLE RATE MORTGAGE TRUST 2005-5, FRIEDMAN, ANSELMO, LINDBERG <br><br> Defendants. | Case No.: 14-cv-04358 <br><br> Judge Gary Feinerman |

**AGREED MOTION TO RESET BRIEFING SCHEDULE**

Defendant Wells Fargo, N.A., d/b/a America's Servicing Company, incorrectly named as Wells Fargo Bank N.A., a/k/a America's Servicing Company (incorrectly named as American Servicing Company) ("Wells Fargo"), Credit Suisse First Boston Mortgage Securities Corp. ("CSFB"), U.S. Bank, N.A., as trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage-Backed Pass Through Certificates, Series 2005-5, a/k/a U.S. Bank, N.A., as trustee for Credit Suisse First Boston ARMT 2005-5 ("U.S. Bank"), incorrectly named as U.S. Bank, N.A., Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Passthrough Securities Corp Adjustable Rate Mortgage Trust 2005-5 (collectively, "Defendants"), by counsel, and with Plaintiffs' agreement, respectfully request that the Court reset the filing deadline and briefing schedule provided in the Court's Order of May 27, 2015 (Dkt. # 43), such that Defendants' motion to dismiss shall be due on July

22, 2015, Plaintiffs' response shall be due on August 12, 2015, and Defendants' reply shall be due on August 26, 2015. In support, Defendants state as follows:

1. On May 20, 2015, Plaintiffs filed their Second Amended Complaint, asserting claims for violations of the Fair Debt Collection Practice Act, Illinois Consumer Fraud and Deceptive Practices Act, Real Estate Settlement Procedures Act, and for common law fraud. Plaintiffs also added defendant Friedman, Anselmo, Lindberg, which has not yet appeared. (Dkt. # 42.)

2. On May 27, 2015, the Court set Defendants' deadline to respond or otherwise plead for July 1, 2015, and assuming Defendants filed a motion to dismiss, Plaintiffs' response would be filed by July 22, 2015, and Defendants' reply would be due August 5, 2015. (Dkt. # 43.)

3. Due to various scheduling issues, the parties have agreed to extend the deadlines provided by the Court's May 27, 2015 order by three (3) weeks.

4. Accordingly, by agreement, Defendants respectfully request that the Court reset the parties filing deadlines as follows: Defendants motion to dismiss is due July 22, 2015; Plaintiffs' response is due August 12, 2015; and Defendants' Reply is due August 26, 2015.

WHEREFORE, by agreement, Defendants respectfully request that the Court reset the filing deadline and briefing schedule provided in the Court's Order of May 27, 2015, such that Defendants' motion to dismiss shall be due on July 22, 2015, Plaintiffs' response shall be due on August 12, 2015, and Defendants' reply shall be due on August 26, 2015.

        Respectively Submitted,

        Wells Fargo, N.A., Credit Suisse First Boston Mortgage Securities Corp., and U.S. Bank, N.A., as trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5,

        By: */s/* John C. Crees
            One of their attorneys

Jeffrey D. Pilgrim
John C. Crees
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Ph. (312) 939-0923
Fax (312) 939-0983

## **CERTIFICATE OF SERVICE**

I, John C. Crees, an attorney, hereby certify that on June 26, 2015, I electronically filed the foregoing Agreed Motion to Reset Briefing Schedule with the Clerk of the Court using the ECF system, which will send notification to all counsel of record.

/s/ John C. Crees

4813-1096-5285, v. 2