# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LEMIRE SCHMEGLAR and <br> MICHELE D'ELICO, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK N.A., a/k/a America's Servicing Company, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., U.S. BANK, N.A., ADJUSTABLE RATE MORTGAGE TRUST 2005-5, ADJUSTABLE RATE MORTGAGE BACKED PASSTHROUGH SECURITIES CORP ADJUSTABLE RATE MORTGAGE TRUST 2005-5, FRIEDMAN, ANSELMO, LINDBERG <br><br> Defendants. | Case No.: 14-cv-04358 <br><br> Judge Gary Feinerman |

## NOTICE OF AGREED MOTION

**PLEASE TAKE NOTICE,** that on Tuesday, July 13, 2015, at 9:00 a.m., or as soon as counsel shall be heard, the undersigned shall appear before the Honorable Gary Feinerman, in courtroom 2125, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Agreed Motion to Reset Briefing Schedule,** a copy of which was previously served upon you.

Respectively Submitted,

Wells Fargo, N.A., Credit Suisse First Boston Mortgage Securities Corp., and U.S. Bank, N.A., as trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5,

By: */s/* John C. Crees
      One of their attorneys

Jeffrey D. Pilgrim
John C. Crees
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Ph. (312) 939-0923
Fax (312) 939-0983

**CERTIFICATE OF SERVICE**

      I, John C. Crees, an attorney, hereby certify that on June 26, 2015, I electronically filed the foregoing Agreed Motion to Reset Briefing Schedule with the Clerk of the Court using the ECF system, which will send notification to all counsel of record.

                                              /s/ John C. Crees